1
2
3
4
5
6
7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JOHNNIE LEE COKLEY,                    No.  2:25-CV-0793-DMC-P

12                  Petitioner,

13           v.                              ORDER

14    KATHLEEN ALLISON,

15                  Respondent.

16

17           Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas

18    corpus under 28 U.S.C. § 2254.  Pending before the Court are Petitioner's motions for leave to

19    proceed in forma pauperis, ECF Nos. 3 and 7.

20           Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing

21    that Petitioner is unable to prepay fees and costs or give security therefor.  Petitioner's motion for

22    leave to proceed in forma pauperis will be granted.

23           Accordingly, IT IS HEREBY ORDRED that Petitioner's motions for leave to

24    proceed in forma pauperis, ECF Nos. 3 and 7, are granted.

25    Dated:  April 24, 2025

26                                           _____

27                                           DENNIS M. COTA
                                             UNITED STATES MAGISTRATE JUDGE
28

                                    1