IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE LEE COKLEY,<br><br>        Petitioner,<br><br>   v.<br><br>KATHLEEN ALLISON,<br><br>        Respondent. | No.  2:25-CV-0793-WBS-DMC-P<br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On November 19, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. See ECF No. 16.  No objections to the findings and recommendations have been filed.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

        For the reasons set forth in the Magistrate Judge's findings and recommendations, the Court finds that issuance of a certificate of appealability is not warranted in this case.

        Accordingly, IT IS HEREBY ORDERED as follows:

1

1.    The findings and recommendations filed November 19, 2025, ECF No. 16, are adopted in full.

2.    Petitioner's petition for writ of habeas corpus, ECF No. 1, is denied.

3.    The Court declines to issue a certificate of appealability; and

4.    The Clerk of the Court is directed to enter judgment and close this file.

Dated: January 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE